No. 00–1757. GRAY v. ENTERGY OPERATIONS, INC., ET AL. C. A. 5th Cir. Certiorari denied.

No. 00–1758. HURST v. HOME DEPOT, U. S. A., INC. C. A. 4th Cir. Certiorari denied.

No. 00–1760. EHMANN v. NORFOLK SOUTHERN CORP. C. A. 6th Cir. Certiorari denied.

No. 00–1762. C. M., A MINOR, BY AND THROUGH HER PARENTS, J. M. ET AL., AND ON THEIR OWN BEHALF v. BOARD OF EDUCATION OF HENDERSON COUNTY ET AL. C. A. 4th Cir. Certiorari denied.

No. 00–1763. REUTZEL v. WORKERS' COMPENSATION APPEAL BOARD OF PENNSYLVANIA (SUPER FRESH FOOD MARKETS). Commw. Ct. Pa. Certiorari denied.

No. 00–1764. INTERCITY MAINTENANCE CO. v. LOCAL 254 ET AL. C. A. 1st Cir. Certiorari denied.

No. 00–1766. KEMP ET AL. v. MEDTRONIC, INC. C. A. 6th Cir. Certiorari denied.

No. 00–1767. LOUISIANA DEPARTMENT OF TRANSPORTATION AND DEVELOPMENT v. LOCKETT ET AL. 19th Jud. Dist. Ct. La., East Baton Rouge Parish. Certiorari denied.

No. 00–1768. LUDWIG v. NORTHWEST AIRLINES, INC. C. A. 8th Cir. Certiorari denied.

No. 00–1769. GRINNELL FIRE PROTECTION SYSTEMS CO. v. NATIONAL LABOR RELATIONS BOARD ET AL. C. A. 4th Cir. Certiorari denied.

No. 00–1771. WILLIAMS v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 00–1773. SWAIN ET AL. v. ALLSTATE INSURANCE CO., INC., ET AL. C. A. 11th Cir. Certiorari denied.

No. 00–1776. DUNCAN v. WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY. C. A. D. C. Cir. Certiorari denied.